UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| ROBERTA ANNE HOOKE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 13-11557-JLT |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner of the Social | * | |
| Security Administration, | * | |
| | * | |
| Defendant. | * | |

ORDER

May 16, 2014

YOUNG, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders

that:

1.    Hooke's Motion to Reverse and Remand to the Social Security Administration

      [#15] is DENIED.

2.    The Administration's Motion to Affirm the Commissioner's Decision [#19] is

      ALLOWED.

3.    This case is CLOSED.

IT IS SO ORDERED.

William A. Young
United States District Judge